**Order filed November 19, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00924-CV
_____

## IN THE INTEREST OF C.D.F., a Child

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2011-01584J**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). Appellant's brief was due **November 16, 2012.** No brief has been filed.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM